817 A.2d 962

IN THE MATTER OF JOSEPH S. CARUSO, AN ATTORNEY AT LAW (ATTORNEY NO. 036501989).

March 20, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOSEPH S. CARUSO** of **VOORHEES,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three years effective

February 8, 2000, by Order of this Court filed June 13, 2002, be restored to the practice of law, effective immediately.